

# NUMBER 13-21-00342-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

ANTHONY LEO SHERIDAN AND
CCS ASSET MANAGEMENT, INC.,                                        Appellants,

**v.**

KELLI D. WILLIAMS,
MICHAEL RICHARDSON, AND
SCOUTVIEW SPORTS,                                                  Appellees.

---

### On appeal from the 26th District Court
### of Williamson County, Texas.

---

# ORDER TO FILE APPELLANT'S BRIEF

### Before Justices Benavides, Hinojosa, and Silva
### Order Per Curiam

This cause is currently before the Court on appellant's third motion for extension

of time to file brief. The Court, having fully examined and considered the extensions

previously granted in this cause and appellant's pending motion, is of the opinion that the extension requested should be granted by Order.

Appellant's motion for extension of time to file a brief is granted. It is therefore ordered that the Honorable Darwin McKee, counsel for appellant, file appellant's brief with this Court on or before 5:00 p.m. on October 17, 2022. Appellant is reminded the Court may dismiss the appeal for want of prosecution unless appellant complies with this order or timely requests an extension which reasonably explains the failure and the appellee is not significantly injured by the appellant's failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

PER CURIAM

Delivered and filed on the
22nd day of August, 2022.